Attorneys for Plaintiff(s), Ruth Howell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 07-2282 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Ruth Howell,<br><br>    Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Ruth Howell, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 1, 2009  By: _____
             Michael A. London
             Douglas & London, P.C.
             111 John Street, Suite 1400
             New York, NY 10038
             Telephone: (212) 566-7500
             Facsimile: (212) 566-7501
             Attorneys for Plaintiff(s), Ruth Howell

DATED: Oct. 21, 2009  By: _____
             DLA PIPER LLP (US)
             1251 Avenue of the Americas
             New York, NY 10020
             Telephone: (212) 335-4500
             Facsimile: (212) 335-4501
             Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 28, 2009  _____
            Hon. Charles R. Breyer
            United States District Court

-1-